IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALVADOR LONGORIA,<br><br>       Plaintiffs,<br><br>vs.<br><br>RANDY J. DAVIS, C/O PEYTON, C/O HARBISON, and CHARLES DINTLEMAN,<br><br>       Defendants. | Case No. 12–cv–0234–MJR–SCW |

# ORDER

**REAGAN, District Judge:**

Plaintiff Salvador Longoria, who has appealed this Court's grant of Defendants' summary judgment motion, has now filed a motion "asking the Court … to please send back any or all of Mr. Longoria's money back to him immediately." It appears Mr. Longoria is upset at the withdrawal of money from his trust fund account in order to pay the mandatory filing fee in this case (and perhaps for his appeal).

The "motion" contains frivolous accusations and nonsensical vitriol lacking the civility this Court demands of all parties. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) **(Federal courts "are universally acknowledged to be vested…with power to impose silence, respect, and decorum … in their presence.").** The Court will be happy to address requests made by Mr. Longoria, but he should submit those requests with the propriety and decorum expected of a party addressing the federal courts. His motion (**Doc. 116**) is **DENIED without prejudice.**

    IT IS SO ORDERED.
    DATE: <u>December 6, 2013</u>                    s/ *Michael J. Reagan*
                                                  **MICHAEL J. REAGAN**
                                                  United States District Judge