IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| SALVADOR LONGORIA | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 12–cv–0234–MJR–SCW |
| RANDY J. DAVIS, C/O PEYTON, C/O HARBISON, and CHARLES DINTLEMAN, | ) |
| | ) |
| Defendants. | ) |

# ORDER

**REAGAN, District Judge:**

On December 9, 2013 (yesterday), the undersigned judge denied *pro se* Plaintiff Salvador Longoria's motion because it lacked the decorum expected of parties. (*See* Doc. 117). The Court further indicated it was willing to address any requests made by Plaintiff, but that "he should submit those requests with the propriety and decorum expected of a party addressing the federal courts." (*Id.*).

Within five hours of the entry of yesterday's order, another motion from Plaintiff was docketed. It appears that motion was crafted well before the entry of the Court's order: it contains many of the same frivolous assertions (and uses the same tone) as his previously denied motion. The Court therefore **DENIES without prejudice** Mr. Longoria's motion (**Doc. 118**) for the same reasons articulated in yesterday's Order, and again invites him to file a more decorous motion should he wish to raise the issue of his filing fees.

**IT IS SO ORDERED.**
**DATE: December 10, 2013**                    s/ *Michael J. Reagan*
                                                **MICHAEL J. REAGAN**
                                                United States District Judge

1